STATE of Missouri, Respondent,

v.

**Colby Barry PLANK, Appellant.**

**No. WD 43655.**

Missouri Court of Appeals,
Western District.

Feb. 26, 1991.

Ronald J. Prenger, Jefferson City, for appellant.

William Tackett, Asst. Prosecutor, Jefferson City, for respondent.

Before MANFORD, P.J., and BERREY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of speeding, § 304.010, RSMo Supp.1990, and from fine of $35.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Lonnie Dean JOHNSON, Appellant.**

**No. WD 43511.**

Missouri Court of Appeals,
Western District.

Feb. 26, 1991.

T. Jefferson Stephens, Grant City, for appellant.

Fred Kling, Prosecutor, Albany, for respondent.

Before NUGENT, C.J., and ULRICH and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Defendant appeals from conviction for driving while intoxicated. § 577.010 R.S. Mo.1986.

Affirmed. Rule 30.25(b).